**Order entered March 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00675-CV

### LORENZO & GWENDOLYN SPRATT, Appellants

### V.

### ONE WEST BANK, FSB, ET AL, Appellees

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-15601**

## ORDER

Before the Court is appellants' March 11, 2013 motion to extend time to file reconsideration and request for reconsideration of dismissing appeal. The opinion in this case issued on January 18, 2013. Thus, a motion for rehearing was due on February 2, 2103. *See* TEX. R. APP. P.49.1. Under the rules of appellate procedure, any extension of time for filing a motion for rehearing was due no later than fifteen days after the last date for filing the motion. TEX. R. APP. P. 49.8. Because appellants' motion was not filed on or before February 19, 2013, it was not timely. We **DENY** appellants' motion.

/s/     MARY MURPHY
            JUSTICE